```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 01827
    KENNETH W DEWAR SR
    DAWN M DEWAR                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK
            Debtor
    SSN XXX-XX-3695      SSN XXX-XX-3605


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/16/04 and confirmed on 04/08/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  99958.00 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
CHASE MANHATTAN AUTOMOTI  SECURED VEHIC      14618.00        863.04        14618.00
FORD MOTOR CREDIT CO      SECURED VEHIC       7880.00        859.18         7880.00
HARRIS BANK CONSUMER LOA  SECURED                 .00           .00             .00
WELLS FARGO HOME MORTGAG  CURRENT MORTG          .00           .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED          9919.71           .00         9522.92
ROUNDUP FUNDING LLC       UNSECURED          8190.91           .00         7863.27
ECAST SETTLEMENT CORP     UNSECURED          1438.37           .00         1380.84
CAPITAL ONE FINANCIAL     UNSECURED          5184.81           .00         4977.42
CAPITAL ONE FINANCIAL     UNSECURED          5982.12           .00         5742.84
CAPITAL ONE FINANCIAL     UNSECURED         NOT FILED          .00             .00
ECAST SETTLEMENT CORPORA  UNSECURED          8081.49           .00         7758.23
ECAST SETTLEMENT CORPORA  UNSECURED          2291.56           .00         2199.90
RESURGENT CAPITAL SERVIC  UNSECURED         12492.77           .00        11993.06
ECAST SETTLEMENT CORPORA  UNSECURED         17450.46           .00        16752.44
CHASE MANHATTAN AUTOMOTI  UNSECURED            34.43           .00            33.05
FORD MOTOR CREDIT CO      UNSECURED          2540.34           .00         2438.73
STUART B HANDELMAN        REIMBURSEMENT        14.79           .00            14.79
        Summary of disbursements:
------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER          TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  22498.00       14.79    73606.97         .00         96119.76
PRINCIPAL PAID      22498.00       14.79    70662.70         .00         93175.49
INTEREST PAID        1722.22         .00         .00         .00          1722.22
TOTAL PAID          24220.22       14.79    70662.70         .00         94897.71
The Debtor's attorney, STUART B HANDELMAN           , was allowed $   2840.00
and was paid $  2200.00  direct and $    640.00  through the plan.

The Trustee received $   4163.64 .

Refunds to the Debtor totaled $     256.65 .
```

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 04/11/08                         /S/
                                            GLENN STEARNS
                                            CHAPTER 13 TRUSTEE










                                PAGE   2
            CASE NO. 04 B 01827 KENNETH W DEWAR SR & DAWN M DEWAR